IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**IKECHUKWU OKORIE, M.D.,** *et al.* **PLAINTIFFS**

**v.** **CIVIL ACTION NO. 2:17-CV-2-KS-MTP**

**ACE FUNDING SOURCE, LLC,** *et al.* **DEFENDANTS**

### ORDER

On February 3, 2017, Defendant ML Factors Funding, LLC filed a Motion to Dismiss [6]. Plaintiffs shall respond on or before **February 17, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Defendant wants to reply, it must do so within seven days of the filing of the response, but no later than **February 24, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, it must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Defendant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Plaintiffs' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this __6th__ day of February, 2017.

                                                    s/Keith Starrett
                                           UNITED STATES DISTRICT JUDGE