## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**IKECHUKWU OKORIE, M.D.,** *et al.*                                                           **PLAINTIFFS**

**v.**                                              **CIVIL ACTION NO. 2:17-CV-2-KS-MTP**

**ACE FUNDING SOURCE, LLC,** *et al.*                                                        **DEFENDANTS**

### ORDER

On March 7, 2017, Defendants Ace Funding Source, LLC and Henry Guttman filed a Motion to Transfer or Dismiss [18]. Any party that wishes to respond shall do so on or before **March 21, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Defendants want to reply, they must do so within seven days of the filing of the response, but no later than **March 28, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, it must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Defendants' original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and any response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this ___9th___ day of March, 2017.

                                                                  s/Keith Starrett
                                                                  UNITED STATES DISTRICT JUDGE