# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**IKECHUKWU OKORIE, M.D.,** *et al.*                              **PLAINTIFFS**

**v.**                                 **CIVIL ACTION NO. 2:17-CV-2-KS-MTP**

**ACE FUNDING SOURCE, LLC,** *et al.*                          **DEFENDANTS**

## ORDER

On June 26, 2017, the Magistrate Judge entered a Report and Recommendation [46], observing that Plaintiffs had failed to timely serve Defendants Ram Capital Funding, LLC; Steve Reich; Small Business Capital Services; and Michael Katz with process, despite having been provided an extension of time to do so. Accordingly, the Magistrate Judge recommended that the Court dismiss Plaintiffs' claims against those Defendants without prejudice, pursuant to Rule 4(m). The Magistrate Judge specifically instructed Plaintiffs that they were free to file written objections to the Report and Recommendation within fourteen days of its filing, but they did not file any written objections.

Therefore, having reviewed the Report and Recommendation [46] and conducted an independent analysis of the operative facts and law, the Court hereby adopts the Magistrate Judge's Report and Recommendations in full. Pursuant to Rule 4(m), the Court **dismisses without prejudice** Plaintiffs' claims against Defendants Ram Capital Funding, LLC; Steve Reich; Small Business Capital Services; and Michael Katz.

SO ORDERED AND ADJUDGED this __9th__ day of __August__, 2017.

s/Keith Starrett
UNITED STATES DISTRICT JUDGE